**BRODSKY & SMITH, LLC**
Evan J. Smith, Esquire
9595 Wilshire Boulevard, Suite 900
Beverly Hills, CA 90212
Phone: (877) 534-2590
Facsimile: (610) 667-9029
esmith@brodsky-smith.com

*Attorneys for Plaintiff Michael Wadsworth*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| MICHAEL WADSWORTH, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRO RENT CORPORATION, et al.,<br><br>Defendants. | Case No.: 16-cv-4431-JFW (JPRx)<br><br>**CLASS ACTION** |

## PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE RE: DISMISSAL FOR LACK OF PROSECUTION

On September 2, 2016, the Court issued an Order to Show Cause why the above-captioned action should not be dismissed for lack of prosecution (the "OSC"). The Lead Plaintiff deadline in this action is September 9, 2016. As such, it would be premature to dismiss this action.

Dated: September 6, 2016          **BRODSKY & SMITH, LLC**
                                  By: *s/ Evan J. Smith*
                                  Evan J. Smith (SBN242352)
                                  9595 Wilshire Boulevard, Suite 900
                                  Beverly Hills, CA 90212
                                  Telephone:  (877) 534-2590
                                  Facsimile:   (310) 247-0160
                                  *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff's Response to Order to Show Cause Re: Dismissal for Lack of Prosecution was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on September 6, 2016.

I further certify that additional electronic copies were sent via email on September 6, 2016, to the following:

| | |
|---|---|
| John Stigi<br>SHEPPARD MULLIN RICHTER & HAMPTON LLP<br>1901 Avenue of the Stars, Suite 1600<br>Los Angeles, CA 90067-6017<br>310.228.3700<br>jstigi@sheppardmullin.com | J. Christian Word<br>LATHAM & WATKINS LLP<br>555 Eleventh Street, NW<br>Suite 1000<br>Washington, D.C. 20004-1304<br>202.637.2223<br>Christian.word@lw.com |
| *Counsel for Electro Rent Corporation and the Individual Defendants* | *Counsel for Platinum Equity, LLC and affiliated entities* |

/s/     Evan J. Smith
Evan J. Smith