SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
   Including Professional Corporations
JOHN P. STIGI III, Cal. Bar No. 208342
1901 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6055
Telephone:  310.228.3700
Facsimile:   310.228.3701
Email:         jstigi@sheppardmullin.com

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
Including Professional Corporations
JOHN M. LANDRY, Cal. Bar No. 194374
JONATHAN D. MOSS, Cal. Bar No. 252376
ROBIN A. ACHEN, Cal. Bar No. 287033
333 South Hope Street, 43d Floor
Los Angeles, California 90071-1422
Telephone:  213.620.1780
Facsimile:   213.620.1398
Email:         jlandry@sheppardmullin.com
                    jmoss@sheppardmullin.com
                    rachen@sheppardmullin.com

Attorneys for Defendants Electro Rent Corporation, Nancy Y. Bekavac, Karen J. Curtin, Daniel Greenberg, Theodore E. Guth, Joseph P. Kearns and James S. Pignatelli

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MICHAEL WADSWORTH, on behalf of himself and all others similarly situated,<br>          Plaintiff,<br>    v.<br>ELECTRO RENT CORPORATION, DANIEL GREENBERG, NANCY Y. BEKAVAC, KAREN J. CURTIN, THEODORE E. GUTH, JOSEPH J. KEARNS, JAMES S. PIGNATELLI, PLATINUM EQUITY, LLC, ELECOR INTERMEDIATE HOLDING II CORPORATION, ELECOR MERGER CORPORATION and DOES 1-25, inclusive,<br>          Defendants. | Case No. 16-cv-04431-JFW (JPRx)<br>**CLASS ACTION**<br>**DECLARATION OF LEAD TRIAL COUNSEL RE: COMPLIANCE WITH LOCAL RULES GOVERNING ELECTRONIC FILING**<br>Judge:  Hon. John F. Walter<br>Courtroom 16 |

SMRH:479242567.1                                                              DECLARATION OF LEAD TRIAL COUNSEL

## **DECLARATION OF JOHN P. STIGI III**

I, John P. Stigi III, declare as follows:

1. I am an attorney duly admitted to practice before this Court. I am a partner with Sheppard, Mullin, Richter & Hampton LLP, attorneys of record for defendants Electro Rent Corporation, Nancy Y. Bekavac, Karen J. Curtin, Daniel Greenberg, Theodore E. Guth, Joseph P. Kearns and James S. Pignatelli (the "Electro Rent Defendants").

2. I am lead trial counsel representing Electro Rent Defendants.

3. I am registered as an ECF user.

4. My email address of record is as follows: jstigi@sheppardmullin.com

5. I have consented to service and receipt of filed documents by electronic means.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed September 14, 2016, at Los Angeles, California.

*/s/ John P. Stigi III*
John P. Stigi III

-1-

SMRH:479242567.1      DECLARATION OF LEAD TRIAL COUNSEL