|   |   |
|---|---|
| 1 | **BRODSKY & SMITH, LLC**<br>Evan J. Smith, Esquire |
| 2 | 9595 Wilshire Boulevard, Suite 900<br>Beverly Hills, CA 90212 |
| 3 | Phone:  (877) 534-2590<br>Facsimile: (610) 667-9029 |
| 4 | esmith@brodsky-smith.com |
| 5 | *Attorneys for Plaintiff Michael Wadsworth* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| MICHAEL WADSWORTH, on behalf of himself and all others similarly situated,<br><br>                        Plaintiff,<br><br>vs.<br><br>ELECTRO RENT CORPORATION, DANIEL GREENBERG, NANCY Y. BEKAVAC, KAREN J. CURTIN, THEODROE E. GUTH, JOSEPH J. KEARNS, JAMES S. PIGNATELLI, PLATINUM EQUITY, LLC, ELECOR INTERMEDIATE HOLDING II CORPORATION, and ELECOR MERGER CORPORATION.<br><br>                        Defendants. | Case No.: **2:16-cv-04431-JFW-JPR**<br><br>**NOTICE OF VOLUNTARY WITHDRAW** |

1  PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41, Plaintiff Michael
2  Wadsworth hereby voluntarily dismisses the above-captioned action without
3  prejudice.

4  Dated: October 6, 2016          Respectfully submitted,

5                                  **BRODSKY & SMITH, LLC**

6
7                          By:   *s/ Evan J. Smith*
                                 Evan J. Smith (SBN242352)
8                                9595 Wilshire Boulevard, Suite 900
                                 Beverly Hills, CA 90212
9                                Tel.: (877) 534-2590
                                 Fax: (310) 247-0160